DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINE MONTANTI,**
Appellant,

v.

**SIMONE POLITAKIS,**
Appellee.

No. 4D22-470

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Charles M. Greene, Judge; L.T. Case No. MHC180002696.

J. Ronald Denman and Richard W. Ervin, IV of Bleakley Bavol Denman Grace, P.A., Tampa, for appellant.

Scott A. Weiss and R. Daniel Sirois of Scott A. Weiss, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***